Before the Third Division, September 25, 1957

**No. 61222.**—Mon Hing Co. *v.* United States, protest 280371–K (New York).

Opinion by Donlon, J.  In accordance with stipulation of counsel that the merchandise consists of 10 cases of spotted fish (Far Yu) similar in all material respects to that the subject of Abstract 60311, the claim of the plaintiff was sustained as to entry 772888.  Entry 803451 having been abandoned, the protest was dismissed as to said entry.